UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 01-7061

———————

LEONARD CARTER,

Plaintiff - Appellant,

versus

LEVESTER THOMAS, Doctor, Medical Director for
Nottoway Correctional Center; DOCTOR BOAKYE,
Medical Director for Sussex I State Prison;
RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Richard L. Williams, Senior
District Judge. (CA-00-735-3)

———————

Submitted:  November 8, 2001          Decided:  November 16, 2001

———————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Leonard Carter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leonard Carter, Jr., appeals district court's order dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A . § 1983 (West Supp. 2001). Despite the fact that the magistrate judge gave Carter an opportunity to clarify his essentially incomprehensible complaint, Carter failed to do so. Accordingly, the district court dismissed Carter's action without prejudice. Because Carter could have proceeded with his action by amending and clarifying his complaint to provide the information requested by the court, his appeal of the order of dismissal is interlocutory and not subject to appellate review. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

We therefore dismiss the appeal and deny Carter's motions for counsel, to proceed in forma pauperis on appeal, for "Special Plea," and for "Affidavit of Proof." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2